UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Christopher Beltran</u>

    v.                        Civil No. 04-cv-071-JD

<u>James O'Mara, Jr., Superintendent,
Hillsborough County Department of
Corrections, et al.</u>


<u>PROCEDURAL ORDER</u>

    This case is currently scheduled for trial on December 13, 2005.

    On October 31, 2005, a motion for summary judgment and a motion to dismiss became ripe for consideration. In view of these pending dispositive motions, the trial is continued and will be rescheduled, if necessary, following disposition of the motions.

    SO ORDERED.


                                            _____
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

November 17, 2005

cc:  John A Curran, Esquire
     Elizabeth L. Hurley, Esquire
     Michael J. Sheehan, Esquire