# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Christopher Beltran,
    Plaintiff,

v.                                                     Civil No. 04-CV-71-JD

James O'Mara, Jr., et al.,
    Defendants.

### Order to Transport Christopher Beltran

It is hereby ordered that the NH Department of Corrections shall transport plaintiff Christopher Beltran (NHSP #35701) from the New Hampshire State Prison in Concord to the United States Courthouse on March 21, 2006, to arrive no later than 8:30 a.m., until the end of proceedings that day.

                                                        /s/ Joseph A. DiClerico, Jr.

                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date: March 17, 2006