UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Christopher Beltran,
       Plaintiff,

v.                                                 Civil No.   04-CV-71-JD

James O'Mara, Jr., et al.,
       Defendants.

### Order to Transport Christopher Beltran

It is hereby ordered that the NH Department of Corrections shall transport plaintiff Christopher Beltran (NHSP #35701) from the New Hampshire State Prison in Concord to the United States Courthouse on April 3 through 7, 2006, to arrive no later than 8:30 a.m., until the end of proceedings on each day.

                                                    /s/ Joseph A. DiClerico, Jr.
                                                    _____
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

March 27, 2006